IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., Plaintiff, v. CEPHALON, INC., et al., Defendants. | : : : : : : : : : | CIVIL ACTION  No. 2:06-cv-1797 |
| ROCHESTER DRUG CO-OPERATIVE, INC., Plaintiff, v. CEPHALON, INC., et al., Defendants. | : : : : : : : : : | CIVIL ACTION  No. 2:06-cv-1868 |
| MEIJER, INC., et al., Plaintiffs, v. CEPHALON, INC., et al., Defendants. | : : : : : : : : : | CIVIL ACTION  No. 2:06-cv-1911 |
| BURLINGTON DRUG COMPANY, INC., Plaintiff, v. CEPHALON, INC., et al., Defendants. | : : : : : : : : : | CIVIL ACTION  No. 2:06-cv-2052 |

|  |  |
|---|---|
| J M SMITH CORPORATION,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>CEPHALON, INC., et al.,<br>　　　　　Defendants. | CIVIL ACTION<br><br>No. 2:06-cv-2146 |
| DEBRA LANGAN,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>CEPHALON, INC., et al.,<br>　　　　　Defendants. | CIVIL ACTION<br><br>No. 2:06-cv-2507 |
| SAJ DISTRIBUTORS, INC., et al.,<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CEPHALON, INC.,<br>　　　　　Defendant. | CIVIL ACTION<br><br>No. 2:06-cv-3450 |

## ORDER

**AND NOW**, this 5th day of May, 2009, this case having been reassigned to the Honorable Mitchell S. Goldberg, it is hereby **ORDERED** that:

1. The August 8, 2006, Case Management Order (doc. no. 16 in 2:06-cv-1797), the September 15, 2006, Order appointing counsel to the Executive Committee (doc. no. 22 in 2:06-cv-1797), and the March 6, 2007, Case Management Order (doc. no. 84 in 2:06-cv-1797) are **VACATED**;

2. Pursuant to Federal Rule of Civil Procedure 42(a), *King Drug Company of Florence,*

*Inc. v. Cephalon, Inc., et al.,* 2:06-cv-1797; *Rochester Drug Co-operative, Inc. v. Cephalon, Inc., et al.,* 2:06-cv-1868; *Meijer, Inc., et al. v. Cephalon, Inc., et al.,* 2:06-cv-1911; *Burlington Drug Company, Inc. v. Cephalon, Inc., et al.,* 2:06-cv-3052; *J M Smith Corporation v. Cephalon, Inc., et al.,* 2:06-cv-2146; *Langan v. Cephalon, Inc., et al.,* 2:06-cv-2507; and *SAJ Distributors, Inc., et al. v. Cephalon, Inc.,* 2:06-cv-3450 are **CONSOLIDATED** for all purposes;

3. The Clerk of Court shall amend the caption in the matter of *King Drug Company of Florence, Inc. v. Cephalon, Inc., et al.,* 2:06-cv-1797, to reflect all of the above referenced parties and attorneys of record;

4. The Clerk of Court shall **CLOSE** *Rochester Drug Co-operative, Inc. v. Cephalon, Inc., et al.,* 2:06-cv-1868; *Meijer, Inc., et al. v. Cephalon, Inc., et al.,* 2:06-cv-1911; *Burlington Drug Company, Inc. v. Cephalon, Inc., et al.,* 2:06-cv-3052; *J M Smith Corporation v. Cephalon, Inc., et al.,* 2:06-cv-2146; *Langan v. Cephalon, Inc., et al.,* 2:06-cv-2507; and *SAJ Distributors, Inc., et al. v. Cephalon, Inc.,* 2:06-cv-3450 for statistical purposes; and

5. All additional filings shall be filed under *King Drug Company of Florence, Inc. v. Cephalon, Inc., et al.,* 2:06-cv-1797.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**