

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., <br> Plaintiffs, <br> v. <br> CEPHALON, INC., et al., <br> Defendants. | CIVIL ACTION <br><br> No. 2:06-cv-1797 |
| VISTA HEALTHPLAN, INC., et al., <br> Plaintiffs, <br> v. <br> CEPHALON, INC., et al., <br> Defendants. | CIVIL ACTION <br><br> No. 2:06-cv-1833 |
| APOTEX, INC., <br> Plaintiff, <br> v. <br> CEPHALON, INC., et al., <br> Defendants. | CIVIL ACTION <br><br> No. 2:06-cv-2768 |
| FEDERAL TRADE COMMISSION, <br> Plaintiff, <br> v. <br> CEPHALON, INC., <br> Defendant. | CIVIL ACTION <br><br> No. 2:08-cv-2141 |

FILED MAY 06 2009 MICHAEL E. KUNZ, Clerk By _____ Dep. Clerk

ENTERED MAY 06 2009 CLERK OF COURT

## ORDER

**AND NOW**, this 5th day of May, 2009, this case having been reassigned to the Honorable Mitchell S. Goldberg, it is hereby **ORDERED** that a status conference is scheduled for 9:30 a.m. on Tuesday, July 28, 2009, in a courtroom to be determined. **IT IS FURTHER ORDERED** that:

1) All counsel identified in Judge Surrick's Case Management Order (doc. no. 16 in 2:06-cv-1797) and the "Stipulation Re: Modification of Paragraph 15 of Case Management Order No. 1" (doc. no. 22 in 2:06-cv-1797) shall attend the conference.[1] This includes:

- Bruce E. Gerstein, Esq., Barry S. Taus, Esq., and Anne Fornecker, Esq., of Garwin Gerstein & Fisher LLP (designated as Lead Counsel for Direct Purchaser Class Actions);

- Daniel Berger, Esq., David Sorensen, Esq., and Daniel C. Simons, Esq., of Berger & Montague, P.C. (designated as Liaison Counsel and Executive Committee Member for Direct Purchaser Class Actions);

- Stuart E. Des Roches, Esq., of Odom & Des Roches, L.L.P. (designated as Executive Committee Member for Direct Purchaser Class Actions);

- David P. Smith, Esq., and W. Ross Foote, Esq., of Percy, Smith & Foote, LLP (designated as Executive Committee Member for Direct Purchaser Class Actions);

- Linda P. Nussbaum, Esq., of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. (designated as Executive Committee Member for Direct Purchaser Class Actions);

- Dianne M. Nast, Esq., of Roda & Nast, P.C. (designated as Executive Committee Member for Direct Purchaser Class Actions);

---

[1] If attorneys identified in subsection 1 of this Order are no longer counsel of record, they are directed to so advise Chambers at 267-299-7500, on or before June 12, 2009, and need not attend the status conference.

- Joseph H. Meltzer, Esq., Kendall S. Zylstra, Esq., and Terence S. Ziegler, Esq. of Schiffrin & Barroway, LLP (designated as Liaison Counsel & Co-Lead Counsel for End-Payor Class Actions);

- Kevin B. Love, Esq., of Hanzman Criden & Love, P.A. (designated as Co-Lead Counsel for End-Payor Class Actions);

- Theodore Lieverman, Esq., of Spector Roseman & Kodroff, P.C. (designated as Co-Lead Counsel for End-Payor Class Actions);

- Robert W. Sink, Esq., of Law Offices of Robert W. Sink (designated as Executive Committee Member for End-Payor Class Actions);

- L. Kendall Satterfield, Esq., of Finkelstein, Thompson & Loughran (designated as Executive Committee Member for End-Payor Class Actions);

- David J. Creagan, Esq., Michael N. Onufrak, Esq., and David E. Edwards, Esq., of White and Williams LLP (designated as Counsel for Cephalon, Inc.);

- James C. Burling, Esq., Michelle D. Miller, Esq., Peter A. Spaeth, Esq., Mark A. Ford, Esq., and Amy L. Nash, Esq., of Wilmer Cutler Pickering Hale and Dorr LLP (designated as Counsel for Cephalon, Inc.);

- Karen N. Walker, Esq., Edwin J. U, Esq., and Jennifer S. Atkins, Esq., of Kirkland and Ellis LLP (designated as Counsel for Barr Laboratories, Inc.);

- Richard L. Scheff, Esq., of Montgomery McCracken, Walker & Rhoads, LLP (designated as Counsel for Barr Laboratories, Inc.);

- David A. Balto, Esq., Kenneth A. Freeling, Esq., and George D. Caroll, Esq., of Robins, Kaplan, Miller & Ciresi, L.L.P. (designated as Counsel for Ranbaxy Laboratories, Ltd. and Ranbaxy Pharmaceuticals, Inc.);

- Edward F. Mannino, Esq., Mary Kay Chrsitodoulou, Esq., Paul B. Hewitt, Esq., and David L. Axelrod, Esq., of Akin Gump Strauss Hauer & Feld LLP (designated as Counsel for Mylan Laboratories, Inc.);

- Charles J. Bloom, Esq., of Stevens and Lee, P.C. (designated as Counsel for Teva Pharmaceutical Laboratories, Ltd. and Teva Pharmaceuticals, USA, Inc.);

- William H. Rooney, Esq., Ian K. Hochman, Esq., and David K. Park, Esq., of Willkie Farr & Gallagher LLP (designated as Counsel for Teva Pharmaceutical Laboratories, Ltd. and Teva Pharmaceuticals, USA, Inc.);

2) One counsel for Apotex, Inc.; the Federal Trade Commission; and Ranbaxy Laboratories, Ltd. and Ranbaxy Pharmaceuticals, Inc., must attend the conference, but it is not necessary that all counsel identified on the dockets for these parties and receiving this Order be present;

3) Given the number of parties and lawyers involved and the scheduling difficulties that would result if all counsels' schedules are considered, no continuance requests will be entertained;

4) On or before June 19, 2009, each party shall submit a Status Conference Memorandum of no more than three (3) pages. The memorandum shall summarize: the party's position along with citations to controlling statutes or precedent; identify all outstanding motions filed by the party; and any discovery that has been undertaken to date;

5) Counsel shall contact Chambers at 267-299-7500, the week prior to the status conference for the courtroom assignment; and

6) In addition to the standard filing on CM/ECF, the Clerk of Court is directed to mail copies of this Order to:

Garwin Gerstein & Fisher LLP
Bruce E. Gerstein, Esq.
Barry S. Taus, Esq.
1501 Broadway, Suite 1416
New York, NY 10036

Odom & Des Roches, L.L.P.
Stuart E. Des Roches, Esq.
650 Poydras Street, Suite 2020
New Orleans, LA 70130

Percy, Smith & Foote, LLP
David P. Smith, Esq.
W. Ross Foote, Esq.
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309

Hanzman Criden & Love, P.A.
Kevin B. Love, Esq.
7301 SW 5th Court, Suite 515
South Miami, FL 33143

Spector Roseman & Kodroff, P.C.
Theodore Lieverman, Esq.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Finkelstein, Thompson & Loughran
L. Kendall Satterfield, Esq.
1050 30th Street, N.W.
Washington, D.C. 20007

Wilmer Cutler Pickering Hale and Dorr LLP
James C. Burling, Esq.
Michelle D. Miller, Esq.
Peter A. Spaeth, Esq.
Mark A. Ford, Esq.
Amy L. Nash, Esq.
60 State Street
Boston, MA 02109

Kirkland and Ellis LLP
Jennifer S. Atkins, Esq.
655 Fifteenth Street, NW
Washington, D.C. 20005

Robins, Kaplan, Miller & Ciresi, L.L.P.
David A. Balto, Esq.
Kenneth A. Freeling, Esq.
Suite 1200
1801 K Street NW
Washington, D.C. 20006

Robins, Kaplan, Miller & Ciresi, L.L.P.
George D. Carroll, Esq.
2800 LaSalle Plaza
800 La Salle Avenue
Minneapolis, MN 55402

Akin Gump Strauss Hauer & Feld LLP
Mary Kay Christodoulou, Esq.
One Commerce Square
2005 Market Street
Suite 2200
Philadelphia, PA 19103

Akin Gump Strauss Hauer & Feld LLP
Paul B. Hewitt, Esq.
David L. Axelrod, Esq.
1333 New Hampshire Avenue, NW
Washington, D.C. 20036

Willkie Farr & Gallagher LLP
Ian K. Hochman, Esq.
David K. Park, Esq.
787 Seventh Avenue
New York, NY 10019.

BY THE COURT:

_____
Mitchell S. Goldberg, J.