IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., : <br> Plaintiff, : <br> : <br> v. : <br> : <br> CEPHALON, INC., et al., : <br> Defendants. : <br> : | CIVIL ACTION <br><br> No. 2:06-cv-1797 |

## ORDER

**AND NOW,** this 4th day of August, 2010, upon consideration of "Apotex's Combined Motion and Memorandum for Summary Judgment of Non-Infringement of the '346 Patent," (doc. no. 312), and the duplicate motion filed in docket number 2:06-cv-2768 at document number 299, it is hereby **ORDERED** that document number 312 is **DENIED** as moot.

**IT IS FURTHER ORDERED** that given this Court's May 5, 2009, Order vacating the case management orders (doc. nos. 16 & 84) wherein docket number 2:06-cv-1797 was designated as the master docket for the related cases, counsel shall refrain from using:

| IN RE MODAFINIL ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: | CASE NO. 2:06-cv-1797 |
|---|---|

and shall only use captions identifying the case(s) to which the document immediately relates. This will reduce unnecessary, duplicative docketing of documents.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**