IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 2:06-cv-1797 |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 5th day of July, 2011, upon consideration of the "Motion of King Drug Direct Purchaser Plaintiffs to Compel Barr Pharmaceuticals, Inc. to Produce Documents Withheld on Privilege Grounds," (doc. no. 350), Barr's opposition thereto, oral argument, after an in camera review of the documents at issue, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiffs' motion is **GRANTED** in part in that Barr shall produce the requested documents on or before July 12, 2011.[1] The remainder of Plaintiffs' motion regarding Barr's alleged waiver of the attorney-client privilege is **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**

---

[1] If necessary, Plaintiffs may reconvene the deposition of Mr. Schaefer on or before August 12, 2011, for questioning only as it relates to the eighteen documents produced in conjunction with this Order.