IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., | : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | No. 2:06-cv-1797 |
| CEPHALON, INC., et al., | : : | |
| Defendants. | : : | |
| FEDERAL TRADE COMMISSION, | : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | No. 2:08-cv-2141 |
| CEPHALON, INC., | : : | |
| Defendant. | : : | |

### ORDER

**AND NOW**, this 11th day of September, 2013, upon consideration of the Motions to Compel filed by the Federal Trade Commission (Civ. No. 08-2141, Doc. No. 189) and the Direct Purchaser Plaintiffs (Civ. No. 06-1797, Doc. No. 484), and following an evidentiary hearing and subsequent in camera review of the documents at issue, and for the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motions are **GRANTED IN PART** as they relate to Challenge No. 20, and **DENIED** in all other respects.

**IT IS FURTHER ORDERED THAT** Cephalon, Inc. shall produce an unredacted version of Challenge No. 20 within ten (10) days.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**