## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., : <br> Plaintiffs, : <br> v. : <br> CEPHALON, INC., et al., : <br> Defendants. : | CIVIL ACTION <br><br> No. 2:06-cv-1797 |

## ORDER

**AND NOW**, this 9th day of January, 2014, upon consideration of Direct Purchaser Plaintiffs' motion to compel (Doc. No. 506), and for the reasons set forth in the Court's accompanying Memorandum Opinion, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**