# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KING DRUG COMPANY OF FLORENCE, INC., et al.,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**CEPHALON, INC., et al.,**<br><br>Defendants. | Civil Action No.<br><br>2:06-cv-01797-MSG |
| | **Judge Mitchell S. Goldberg** |

**DIRECT PURCHASER CLASS PLAINTIFFS' DAUBERT MOTION TO EXCLUDE THE OPINIONS OF MR. STONER and DRS. COOPER AND BARANSKI**

**PLEASE TAKE NOTICE THAT** Direct Purchaser Class Plaintiffs respectfully move for an Order excluding the opinions of Mr. Stoner, Dr. Cooper and Dr. Baranksi for the reasons detailed in the accompanying Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, Direct Purchaser Class Plaintiffs rely on the Declaration of Kimberly Hennings and Exhibits, and proposed Order herewith.

Respectfully submitted:

April 4, 2014

By: /s/ Kimberly Hennings

GARWIN GERSTEIN & FISHER LLP
Bruce E. Gerstein
Joseph Opper
Kimberly Hennings
1501 Broadway, Suite 1416
New York, NY 10036
Tel: (212) 398-0055
Fax: (212) 764-6620

*Lead Counsel for Plaintiffs in the King Drug Direct Purchaser Action*

| | |
|---|---|
| BERGER & MONTAGUE, P.C.<br>Daniel Berger<br>David F. Sorensen<br>Eric L. Cramer<br>Daniel C. Simons<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel: (215) 875-3000<br>Fax: (215) 875-4604<br><br>*Liaison Counsel and Member of the Executive Committee for Plaintiffs in the King Drug Direct Purchaser Action* | NASTLAW LLC.<br>Dianne M. Nast<br>Erin C. Burns<br>1101 Market Street, Suite 2801<br>Philadelphia, PA 19107<br>Tel: (215) 923-9300<br>Fax: (215) 923-9302<br><br>*Counsel for SAJ Distributors, Inc., and Stephen L. LaFrance Holdings, Inc. and Executive Committee for Plaintiffs in the King Drug Direct Purchaser Action* |
| ODOM & DES ROCHES, L.L.P.<br>Stuart E. Des Roches<br>650 Poydras Street, Suite 2020<br>New Orleans, LA 70130<br>Tel: (504) 522-0077<br>Fax: (504) 522-0078<br><br>*Executive Committee for Plaintiffs in the King Drug Direct Purchaser Action* | FARUQI & FARUQI LLP<br>Peter Kohn<br>101 Greenwood Avenue, Suite 600<br>Jenkintown, PA 19046<br>Tel: (215) 277-5770<br>Fax: (215) 277-5771<br><br>*Counsel for Rochester Drug Co-Operative, Inc.* |
| SMITH SEGURA & RAPHAEL, LLP<br>David P. Smith<br>Susan C. Segura<br>3600 Jackson Street, Suite 111<br>Alexandria, LA 71303<br>Tel: (318) 445-4480<br>Fax: (318) 487-1741<br>*Executive Committee for Plaintiffs in the King Drug Direct Purchaser Action* | HEIM PAYNE & CHORUSH, LLP<br>Russell Chorush<br>Chase Tower<br>600 Travis, Suite 6710<br>Houston, TX 77002<br>Tel: (713) 221-2000<br><br>*Counsel for Plaintiffs in the King Drug Direct Purchaser Class Action* |
| GRANT & EISENHOFER, P.A.<br>Linda P. Nussbaum<br>485 Lexington Ave.<br>New York, NY 10017<br>Tel: (646) 722-8500<br>Fax: (646) 722-8501<br><br>*Counsel for Plaintiffs Meijer, Inc. and Meijer Distribution, Inc. and Executive Committee for Plaintiffs in the King Drug Direct Purchaser Action* | |