

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., <br> Plaintiffs, <br><br> v. <br><br> CEPHALON, INC., et al., <br> Defendants. | : CIVIL ACTION <br> : <br> : <br> : No. 2:06-cv-1797 <br> : <br> : <br> : |

**ORDER**

**AND NOW,** this 6th day of February, 2015, it is hereby **ORDERED** that a hearing on "King Drug Direct Purchaser Class Plaintiffs' Motion for Certification of the Direct Purchaser Class" is scheduled for **Thursday, March 26, 2015** at **10:00 a.m.** in Courtroom 4B.

BY THE COURT:

_____
Mitchell S. Goldberg, J.

ENTERED
FEB -6 2015
CLERK OF COURT