IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CEPHALON, INC., *et al.*, <br><br> Defendants. | Case No. 2:06-cv-1797 (MSG) <br><br> Honorable Mitchell S. Goldberg <br><br> ORAL ARGUMENT REQUESTED |
| VISTA HEALTHPLAN, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CEPHALON, INC., *et al.*, <br><br> Defendants. | Case No. 2:06-cv-1833 (MSG) <br><br> Honorable Mitchell S. Goldberg |
| APOTEX, Inc., <br><br> Plaintiff, <br><br> v. <br><br> CEPHALON, INC., *et al.*, <br><br> Defendants. | Case No. 2:06-cv-2768 (MSG) <br><br> Honorable Mitchell S. Goldberg |

**MOTION OF THE MYLAN DEFENDANTS' FOR RECONSIDERATION
OF THE COURT'S JANUARY 28, 2015 ORDER AND MEMORANDUM
<u>OPINION DENYING SUMMARY JUDGMENT</u>**

Pursuant to Fed. R. Civ. P. 56 and Eastern District of Pennsylvania Rule 7.1(g), defendants Mylan Inc. (formerly known as Mylan Laboratories Inc.) and Mylan Pharmaceuticals Inc. (collectively "the Mylan Defendants") move for reconsideration of the Court's January 28, 2015 denial of the Mylan Defendants' motion for summary judgment on all claims.  In support of this Motion, the Mylan Defendants rely upon, and incorporate by reference herein the accompanying Memorandum in Support.  The Memorandum in Support is being filed separately under seal.  The Mylan Defendants respectfully request oral argument on this Motion.

WHEREFORE, the Mylan Defendants respectfully request that this Court grants their Motion and enter an Order in the form attached hereto.

Respectfully submitted,

/s/ Paul B. Hewitt (with permission)
Paul B. Hewitt
C. Fairley Spillman
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue NW
Washington, DC 20036-1564
(202) 887-4000

Katherine M. Katchen
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103-7013
(215) 965-1200

Reginald D. Steer
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104-1036
(415) 765-9500

*Counsel for Mylan Inc. (formerly known as Mylan Laboratories, Inc.) and Mylan Pharmaceuticals Inc.*

Dated: February 11, 2015

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 11th day of February, 2015, she caused the foregoing MOTION OF THE MYLAN DEFENDANTS FOR RECONSIDERATION OF THE COURT'S JANUARY 28, 2015 ORDER AND MEMORANDUM OPINION DENYING SUMMARY JUDGMENT to be served on all counsel of record via the Court's ECF system.

/s/ Katherine M. Katchen
Katherine M. Katchen

*Counsel for Mylan Inc. (formerly known as Mylan Laboratories Inc.) and Mylan Pharmaceuticals Inc.*