# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., *et al.*, | : | |
| Plaintiffs, | : | Case No. 2:06-cv-1797 (MSG) |
| v. | : | |
| CEPHALON, INC., *et al.*, | : | Honorable Mitchell S. Goldberg |
| Defendants. | : | |

| | | |
|---|---|---|
| VISTA HEALTHPLAN, INC., *et al.*, | : | |
| Plaintiffs, | : | Case No. 2:06-cv-1833 (MSG) |
| v. | : | |
| CEPHALON, INC., *et al.*, | : | Honorable Mitchell S. Goldberg |
| Defendants. | : | |

| | | |
|---|---|---|
| APOTEX, Inc., | : | |
| Plaintiff, | : | Case No. 2:06-cv-2768 (MSG) |
| v. | : | |
| CEPHALON, INC., *et al.*, | : | Honorable Mitchell S. Goldberg |
| Defendants. | : | |

## **ORDER**

AND NOW, this _____ day of _____, 201\_, upon consideration of the

Motion of the Mylan Defendants for Reconsideration of the Court's January 28, 2015 Order and

Memorandum Opinion Denying Summary Judgment, supporting memorandum of law and

related materials, and the filings in opposition thereto by the plaintiffs in the above-captioned matters, it is hereby ORDERED that the Motion is GRANTED and SUMMARY JUDGMENT is ENTERED in the Mylan Defendants' favor.  All claims in the complaints filed by the plaintiffs in the above-captioned matters are hereby DISMISSED WITH PREJUDICE as to the Mylan Defendants.

BY THE COURT:

_____
Hon. Mitchell S. Goldberg, U.S.D.J.