**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., : <br>          Plaintiffs, : <br>                : <br>          v. : <br>                : <br> CEPHALON, INC., et al., : <br>          Defendants. : | CIVIL ACTION <br><br> No. 2:06-cv-1797 |

## NOTICE

**AND NOW,** this 17th day of March, 2015, the telephone conference scheduled for 9:00 a.m., March 18, 2015, is **CANCELLED**.

/s/ Carole J. Ludwig
_____
**Carole J. Ludwig, Civil Deputy**
**To Judge Mitchell S. Goldberg**