IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KING DRUG COMPANY OF FLORENCE, INC., et al.,** on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **CEPHALON, INC., et al.,** <br><br> Defendants. | Civil Action No. <br><br> 2:06-cv-01797-MSG |
| | **Judge Mitchell S. Goldberg** |

## JOINT STIPULATION TO WITHDRAW
## CERTAIN MOTIONS WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and among the parties to this Stipulation, the *King Drug* Direct Purchaser Class Plaintiffs and defendants Cephalon, Inc., Barr Pharmaceuticals, Inc., Teva Pharmaceutical Industries, Ltd. and Teva Pharmaceuticals USA, Inc., (collectively, the "Teva Defendants") that the following motions, and all responses and replies thereto, shall be withdrawn without prejudice:

- Direct Purchaser Class Plaintiffs' Emergency Motion to Restrict Communications Between the Teva Defendants and Absent Class Members (ECF No. 755);

- Direct Purchaser Class Plaintiffs' Emergency Motion to Compel Discovery Regarding the Teva Defendants' Communications with Absent Class Members (ECF No. 763);

- Motion by Lead Counsel for the Proposed Direct Purchaser Class for Establishment of an Escrow Fund (ECF No. 767); and

- Defendants' Cross-Motion for Protective Order Striking Requests for Discovery Regarding Settlement Communications (ECF No. 771).

March 17, 2015                                             Respectfully submitted,


/s/ Joseph Wolfson (with permission)        /s/ Bruce E. Gerstein (with permission)

Stevens & Lee, P.C.                         Garwin Gerstein & Fisher LLP
620 Freedom Business Center                 Bruce E. Gerstein
Suite 200                                   Joseph Opper
King of Prussia, PA 19406                   Kimberly Hennings
Tel: (610) 205-6001                         88 Pine Street
                                            New York, NY 10036
*On behalf of Teva Defendants*              Tel:  (212) 398-0055

                                            *Lead Counsel for Plaintiffs in the King Drug Direct Purchaser Action*


/s/ James C. Burling (with permission)      /s/ Karen N. Walker (with permission)

Wilmer Cutler Pickering                     Kirkland & Ellis LLP
Hale and Dorr LLP                           655 Fifteenth Street, NW
60 State Street                             Washington, D.C. 20005
Boston, MA                                  Tel: (202) 879-5000
Tel: (617) 526-6000

                                            *On behalf of Barr Pharmaceuticals, Inc.*
*On behalf of Cephalon, Inc.*