## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., | : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | No. 2:06-cv-1797 |
| CEPHALON, INC., et al., | : : | |
| Defendants. | : : | |
| VISTA HEALTHPLAN, INC., et al., | : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | No. 2:06-cv-1833 |
| CEPHALON, INC., et al., | : : | |
| Defendants. | : : | |
| APOTEX, INC., | : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | No. 2:06-cv-2768 |
| CEPHALON, INC., et al., | : : | |
| Defendants. | : : | |
| FEDERAL TRADE COMMISSION, | : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | No. 2:08-cv-2141 |
| CEPHALON, INC., | : : | |
| Defendant. | : : | |

1

**ORDER**

**AND NOW**, this 27th day of March, 2015, upon consideration of "Direct Purchaser Class Plaintiffs' Daubert Motion to Exclude the Opinions of Mr. Stoner and Drs. Cooper and Baranski" (Dkt. No. 06-1797, Doc. No. 603), "Direct Purchaser Class Plaintiffs' Motion to Exclude Cephalon's Expert Opinions on Infringement" (Dkt. No. 06-1797, Doc. No. 604), "Plaintiffs' Daubert Motion to Exclude the Opinions of Gregory K. Bell" (Dkt. No. 06-1797, Doc. No. 605), "Direct Purchaser Class Plaintiffs' Motion to Exclude Certain Opinions and Proposed Trial Testimony of Defendants' Experts Jerry Hausman and Edward A. Snyder" (Dkt. No. 06-1797, Doc. No. 611), and "Plaintiff Federal Trade Commission's Motion to Exclude Opinions of Cephalon's Ten Patent Experts" (Dkt. No. 08-2141, Doc. No. 280),[1] and following oral argument on these motions, it is hereby **ORDERED** that:

— Defendants shall submit joint offers of proof on the experts challenged in these motions. Such offers of proof shall succinctly state, in no more than seven (7) to ten (10) paragraphs per expert, the opinions that these experts will offer at trial and the facts supporting these opinions.

— The experts challenged in these motions will not be permitted to provide opinions that fall outside of the offers of proof submitted by Defendants.

— These submissions shall be filed on or before **April 22, 2015**.

                                                     **BY THE COURT:**

                                                     /s/ Mitchell S. Goldberg

                                                   **Mitchell S. Goldberg, J.**

---

[1] As this motion has already been granted in favor of the FTC, we are considering this motion as to the Private Plaintiffs only, who joined the FTC's motion.