IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., | : CIVIL ACTION |
| Plaintiffs, | : |
| v. | : No. 2:06-cv-1797 |
| CEPHALON, INC., et al., | : |
| Defendants. | : |

### ORDER

**AND NOW**, this 26th day of March, 2015, upon consideration of the "King Drug Direct Purchaser Class Plaintiffs' Motion for Certification of the Direct Purchaser Class" (Doc. No. 662), and following a hearing on this motion, it is hereby **ORDERED** that:

— On or before **April 9, 2015**, Defendants Ranbaxy and Mylan shall submit a joint supplemental letter brief, not to exceed five (5) pages, on the predominance argument relating to Comcast Corp. v. Behrend, 133 S. Ct. 1426 (2013), that was raised for the first time during argument.

— On or before **April 23, 2015**, King Drug Class Plaintiffs shall submit a response to Defendants' letter brief, not to exceed five (5) pages.

**IT IS FURTHER ORDERED** that the opt-out Direct Purchaser Plaintiffs may submit a letter brief, not to exceed two (2) pages, on the issue of generic bypass, as was requested during the hearing by Barry L. Refsin, Esq.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**

1