MSG

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., <br> Plaintiffs, | CIVIL ACTION |
| v. | No. 2:06-cv-1797 |
| CEPHALON, INC., et al., <br> Defendants. | |
| VISTA HEALTHPLAN, INC., et al., <br> Plaintiffs, | CIVIL ACTION |
| v. | No. 2:06-cv-1833 |
| CEPHALON, INC., et al., <br> Defendants. | |
| APOTEX, INC., <br> Plaintiff, | CIVIL ACTION |
| v. | No. 2:06-cv-2768 |
| CEPHALON, INC., et al., <br> Defendants. | |
| FEDERAL TRADE COMMISSION, <br> Plaintiff, | CIVIL ACTION |
| v. | No. 2:08-cv-2141 |
| CEPHALON, INC., <br> Defendant. | |

FILED JUN 08 2015 MICHAEL E. KUNZ, Clerk By ___ Dep. Clerk

## ORDER

**AND NOW,** this day of June, 2015, upon consideration of a telephone call from counsel for non-party Aetna, Inc. seeking clarification as to whether my June 1, 2015 Order[1] would permit non-parties to submit letters regarding the <u>Federal Trade Commission v. Cephalon</u> settlement, it is hereby **ORDERED** that Aetna's counsel is directed to renew its request, if necessary, after reviewing the submissions filed by the existing parties to the above-listed cases.

**BY THE COURT:**

_____
**MITCHELL S. GOLDBERG, J.**

ENTERED

JUN - 8 2015

CLERK OF COURT

---

[1] The Order states "any other party may file a letter brief not to exceed three pages raising any concerns as to the potential impact the settlement agreement [reached by the Federal Trade Commission and Cephalon] may have on their interests." (Doc. No. 397).