IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., *et al.*, <br> *Plaintiffs* <br><br> v. <br><br> CEPHALON, INC., *et al.*, <br> *Defendants* | ) ) ) ) ) ) ) ) ) ) | No. 2:06-cv-1797 |
| VISTA HEALTHPLAN, INC., *et al.*, <br> *Plaintiffs* <br><br> v. <br><br> CEPHALON, INC., *et al.*, <br> *Defendants* | ) ) ) ) ) ) ) ) ) ) | No. 2:06-cv-1833 |
| APOTEX, INC., <br> *Plaintiff* <br><br> v. <br><br> CEPHALON, INC., *et al.*, <br> *Defendants* | ) ) ) ) ) ) ) ) ) ) | No. 2:06-cv-2768 |

### NOTICE OF WITHDRAWAL OF COUNSEL

TO THE CLERK OF THE COURT:

Sarah Choi of VENABLE LLP hereby withdraws her appearance as counsel of record for Defendants Ranbaxy Laboratories Ltd. and Ranbaxy Pharmaceuticals, Inc. in the above-captioned litigation. The Ranbaxy Defendants will continue to be represented in this action by the other Venable attorneys who have previously entered their appearance as counsel.

Dated: June 10, 2015                Respectfully submitted,

/s/ Sarah Choi
Sarah Choi (admitted *Pro Hac Vice*)

schoi@venable.com
VENABLE LLP
575 7th Street, NW
Washington, DC 20004
(202) 344-4000

Counsel for Ranbaxy Laboratories Ltd. and
Ranbaxy Pharmaceuticals, Inc.

## **CERTIFICATE OF SERVICE**

I, Sarah Choi, certify that on the 10th day of June 2015, the foregoing Notice of Withdrawal of Counsel was electronically filed with the Clerk of the Eastern District of Pennsylvania using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record in this matter.

                                                                      */s/* Sarah Choi
                                                                      Sarah Choi