IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., :<br>Plaintiffs, :<br>:<br>v. :<br>:<br>CEPHALON, INC., et al., :<br>Defendants. : | CIVIL ACTION<br><br>No. 2:06-cv-1797 |

## ORDER

**AND NOW,** this 10th day of August, 2015, upon consideration of Plaintiffs' "Motion to Amend the Schedule Regarding Final Approval of the Proposed Settlement Between the Direct Purchaser Class and the Cephalon Defendants" (Doc. No. 832), it is hereby **ORDERED** that the motion is **GRANTED**. Paragraph 21 of this Court's Order of July 27, 2015 (Doc. No. 831) is **AMENDED** as follows:

"All briefs and materials in support of the application for award of attorneys' fees and reimbursement of expenses, and incentive awards for the Named Plaintiffs (the 'Application'), shall be filed with the Court by **September 17, 2015**. The Application shall be posted on the website of Garwin Gerstein & Fisher promptly after its filing."

All other provisions of this Court's Order of July 27, 2015 (Doc. No. 831) shall remain in effect.

**BY THE COURT:**

/s/ Mitchell S. Goldberg

_____
**MITCHELL S. GOLDBERG, J.**