IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CEPHALON, INC., *et al.*, <br><br> Defendants. | Case No. 2:06-cv-1797 (MSG) <br><br> Honorable Mitchell S. Goldberg |

**MYLAN AND RANBAXY MOTION TO STAY CLASS NOTICE PENDING DECISION ON THEIR RULE 23(F) PETITION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Opposition to Plaintiffs' Motion to Approve the Form and Manner of Class Notice and In Support of Mylan and Ranbaxy's Motion to Stay Class Notice Pending Decision on Their Rule 23(f) Petition, dated August 12, 2015, and upon all prior proceedings herein, Mylan Laboratories Inc., Mylan Pharmaceuticals, Inc. ("Mylan"), Ranbaxy Laboratories, Ltd. and Ranbaxy Pharmaceuticals, Inc. ("Ranbaxy") hereby move this Court, before the Honorable Mitchell S. Goldberg, for a stay of issuance of notice to the direct purchaser class certified in the above captioned action pending decision by the Third Circuit on Mylan and Ranbaxy's petition for leave to appeal pursuant to Rule 23(f), and granting such other and further relief as this Court deems just and proper.

Dated:  August 12, 2015

Respectfully submitted,

/s/ Rowan D. Wilson

Evan R. Chesler
Rowan D. Wilson
David R. Marriott
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
   825 Eighth Avenue
      New York, New York 10019
         (212) 474-1000

Katherine M. Katchen (Pa. ID #80395)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square
   2001 Market Street, Suite 4100
      Philadelphia, PA 19103
         (215) 965-1200

Paul B. Hewitt
C. Fairley Spillman
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
   Washington, DC 20036
      (202) 887-4000

*Attorneys for Defendants Mylan Laboratories, Inc. (now known as Mylan Inc.) and Mylan Pharmaceuticals Inc.*

/s/ J. Douglas Baldridge

J. Douglas Baldridge
Danielle R. Foley
Lisa Jose Fales
Vincent E. Verrocchio
VENABLE LLP
   575 7th Street, NW
      Washington, DC 20004
         (202) 344-4000

*Attorneys for Defendants Ranbaxy Laboratories Ltd. and Ranbaxy Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that, on August 12, 2015, Mylan and Ranbaxy's Motion to Stay Class Notice Pending Decision on Their Rule 23(f) Petition was served on counsel for all parties through this Court's ECF system.

Dated: August 12, 2015

                                          /s/ Rowan D. Wilson
                                            Rowan D. Wilson