IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KING DRUG COMPANY OF FLORENCE, INC., *et al.*,     *Plaintiffs*, <br><br> v. <br><br> CEPHALON, INC., *et al.*,     *Defendants.* | No. 2:06-cv-1797 |
|---|---|
| APOTEX, INC.,     *Plaintiff*, <br><br> v. <br><br> CEPHALON, INC., *et al.*,     *Defendants.* | No. 2:06-cv-2768 |

**PLAINTIFFS' UNOPPOSED MOTION FOR
ENTRY OF ORDER REGARDING TRIAL SUBPOENAS**

As discussed with the Court during the December 22, 2015 telephonic status conference, Plaintiffs respectfully move for entry of the proposed Order attached to this motion, which provides that trial subpoenas served by any party shall be deemed to have been served on behalf of all parties[1] and shall remain in force until the witness is released by all parties. Such an order is well within the Court's "broad discretion" to manage the presentation of evidence at trial. *Gannon v. United States*, 292 Fed. Appx. 170, 174 (3d Cir. 2008); *see* Fed. R. Evid. 611(a)(1) (trial court should control the presentation of evidence so as to ascertain the truth); Fed. R. Civ. P. 83(b) (trial court may regulate civil procedure in any manner consistent with federal law).

Plaintiffs have conferred with Defendants and are authorized to state that Defendants do not oppose entry of the proposed Order.

---

[1] Defendants requested that the proposed Order be worded so that trial subpoenas would be deemed to have been served by all parties rather than "all plaintiffs" or "all defendants," and Plaintiffs agreed.

Respectfully submitted,

/s/ Brian J. Sodikoff
Robert B. Breisblatt  (*pro hac vice*)
Brian J. Sodikoff (*pro hac vice*)
Thomas J. Maas  (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Phone: (312) 902-5200

James W. Matthews (*pro hac vice*)
Katy E. Koski (*pro hac vice*)
Redi Kasollja (*pro hac vice*)
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2500
Boston, MA 02199-7610
Tel:  (617) 342-4000
Fax:  (617) 342-4001
E-mail:  jmatthews@foley.com
E-mail:  kkoski@foley.com
E-mail:  rkasollja@foley.com

John Grogan
LANGER GROGAN & DIVER, P.C.
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Phone: (215) 320-5661

*Counsel for Apotex Inc.*

/s/ Bruce E. Gerstein
Bruce E. Gerstein
Joseph Opper
Kimberly Hennings
Dan Litvin
GARWIN GERSTEIN & FISHER LLP
Wall Street Plaza
88 Pine Street, 10th Floor
New York, NY 10005
Tel: (212) 398-0055
Fax: (212) 764-6620
*Lead Counsel for Plaintiffs in the King Drug Direct Purchaser Action*

/s/ Scott E. Perwin
Richard Alan Arnold
Scott E. Perwin
Lauren C. Ravkind
Anna T. Neill
KENNY NACHWALTER P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
Email: sperwin@knpa.com
Email: lravkind@knpa.com
Email: aneill@knpa.com
*Counsel for Walgreen Plaintiffs*

/s/ Barry L. Refsin
Barry L. Refsin
Monica L. Rebuck
HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone: (215) 568-6200
Facsimile: (215) 568-0300
E-mail: brefsin@hangley.com
E-mail: mrebuck@hangley.com
*Counsel for CVS and Rite Aid Plaintiffs*

<u>/s/ Moira Cain-Mannix</u>
Bernard D. Marcus
Moira Cain-Mannix
Marcus & Shapira LLP
One Oxford Centre, 35th Floor
Pittsburgh, PA 15219
Telephone: (412) 338-3344
Facsimile: (412) 391-8758
E-mail: bdm@marcus-shapira.com
E-mail: cain-mannix@marcus-shapira.com

Kevin Landau
Archana Tamoshunas
Taus, Cebulash & Landau, LLP
80 Maiden Lane, Suite 1204
New York, NY 10038
Telephone: (646) 873-7654
E-mail: klandau@tcllaw.com
*Counsel for Giant Eagle, Inc.*