IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| **KING DRUG COMPANY OF FLORENCE, INC., et al.,** | : | **CIVIL ACTION** |
| Plaintiffs, | : | No. 2:06-cv-1797 |
| v. | : | |
| **CEPHALON, INC., et al.,** | : | |
| Defendants. | : | |
| **APOTEX, INC.,** | : | |
| Plaintiff, | : | No, 2:06-cv-2768 |
| v. | : | |
| **CEPHALON, INC., et al.,** | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 22nd day of January, 2016, upon consideration of Defendants' "Motion In Limine to Preclude Argument or Evidence Based Upon Defendants' Invocation of Attorney-Client Privilege," (Dkt. 06-1797, Doc. No. 902; Dkt. 06-2768, Doc. No. 957), the response and reply thereto, and following a pretrial conference, it is hereby **ORDERED** that Defendants' motion is **GRANTED**, consistent with the accompanying Opinion. Depending on the testimony presented, the parties may revisit these issues at trial.

**BY THE COURT:**

/s/ Mitchell S. Goldberg

_____
**Mitchell S. Goldberg, J.**
