# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., <br> Plaintiffs, <br><br> v. <br><br> CEPHALON, INC., et al., <br> Defendants. | CIVIL ACTION <br><br><br> No. 2:06-cv-1797 |

## ORDER

**AND NOW**, this 28th day of August, 2017, upon consideration of "King Drug Direct Purchaser Class Plaintiffs' Supplemental Motion for Certification of the Direct Purchaser Class" (doc. nos. 1034 and 1036), "Ranbaxy's Opposition to Direct Purchaser Class Plaintiffs' Supplemental Motion for Certification of the Direct Purchaser Class" (doc. no. 1050), "Ranbaxy's Supplemental Opposition to Direct Purchaser Class Plaintiffs' Supplemental Motion for Certification of the Direct Purchaser Class" (doc. no. 1053), "King Drug Direct Purchaser Class Plaintiffs' Reply Memorandum of Law in Support Suppert of their Supplemental Motion for Certification of the Direct Purchaser Class" (doc. no. 1062), "Direct Purchaser Class Plaintiffs' Notice of Supplemental Authority Concerning American Sales Company, LLC v. Pfizer, Inc." (doc. no. 1069), following a hearing and in accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** that the motion is **DENIED**.

It is further **ORDERED** that a telephone status conference is **SCHEDULED** for Monday **September 18, 2017** at **4:00 p.m.** to discuss moving this case forward. Counsel for Plaintiffs

shall intitiate the telephone conference with counsel for Defendants prior to contacting Chambers.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**