# GARWIN GERSTEIN & FISHER LLP

### COUNSELORS AT LAW

88 Pine Street
NEW YORK, NY  10005
(212) 398-0055
Fax (212) 764-6620
Sender's Email: bgerstein@garwingerstein.com

BRUCE E. GERSTEIN
SCOTT W. FISHER
JOSEPH OPPER

**OF COUNSEL**

NOAH H. SILVERMAN

SIDNEY L. GARWIN
  (1908-1980)
    --
ELENA K. CHAN
EPHRAIM R. GERSTEIN
JONATHAN M. GERSTEIN
KIMBERLY M. HENNINGS
DAN LITVIN
ANNA TYDNIOUK

February 14, 2018

**VIA ECF**

The Honorable Mitchell S. Goldberg
United States District Court for the Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA   19106

> Re: *King Drug Company of Florence, Inc., et al. v. Cephalon, Inc. et al.*
> Case No. 06-1797 (E.D. Pa.); *Vista Healthplan, Inc., et al. v. Cephalon, Inc. et al.*, Case No. 06-1833 (E.D. Pa.); *United HealthCare Services, Inc. v. Cephalon, Inc.*, Case No. 17-555 (E.D. Pa.).

Dear Judge Goldberg:

I write on behalf of Direct Purchaser Plaintiffs ("DPPs"), End Payor Class Plaintiffs ("EPPs"), Plaintiff United HealthCare Services, Inc., ("UHS"), Mylan, the Teva Parties and Ranbaxy Pharmaceuticals, Inc. ("Ranbaxy") pursuant to the Court's January 31, 2018 Order directing the parties to submit an agreed-upon date for the commencement of a single trial starting mid-to-late September 2018.

Certain of the parties have submitted (or will submit today) individual letters to the Court outlining their respective positions as to the structure and scheduling of trial. Specifically, DPPs, UHS, Mylan, and the Teva Parties either object to a single trial of all parties and claims, or have expressed a preference for separate trials to some degree. *See* 2/5/2018 Ltr from DPPs; 2/14/2018 Ltr from UHS; 2/14/2018 Ltr from Mylan; 2/14/2018 Ltr from Teva Parties. Ranbaxy proposes a consolidated trial involving all remaining Plaintiffs. *See* 2/14/2018 Ltr from Ranbaxy.

However, if the Court elects over certain parties' objections to order a single trial of all parties commencing in September 2018, the parties agree they can be available for a trial starting sometime between September 24, 2018 through the end of October 2018. Ranbaxy proposes October 15, 2018 to prevent any interference with religious observations and Columbus Day. However, if the Court elects to proceed with a September 2018 trial, Ranbaxy will be prepared to start any trial as early as September 24, 2018.

Respectfully submitted,

/s/ Bruce E. Gerstein

Bruce E. Gerstein

*Counsel for Direct Purchaser Plaintiffs*

**With Permission**

/s/ Judith Zahid
*Counsel for United HealthCare Services, Inc.*

/s/ John Macoretta
*Counsel for End-Payor Class Plaintiffs*

/s/ David Marriott
*Counsel for Mylan*

/s/ Bradley H. Weidenhammer
*Counsel for the Teva Parties*

/s/ David A. Levie
*Counsel for Ranbaxy*