## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 2:06-1797 |
| | : | |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| | : | |
| UNITED HEALTHCARE SERVICES, INC. | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 17-555 |
| | : | |
| CEPHALON, INC., et al. | : | |
| Defendants. | : | |

### ORDER

**AND NOW,** this 9th day of August, 2018, upon consideration of the Joint Motion by the Direct Purchaser Plaintiffs and United Healthcare Services, Inc. (Doc. No. 1128, Civ. A. No. 06-1797; Doc. No. 109, Civ. A. No. 17-555) and the Response by Defendants Pharmaceuticals, Inc., *et al.*, (Doc. No. 1131, Civ. A. No. 06-1797; Doc. No. 112, Civ. A. No. 17-555), it is hereby **ORDERED** that the Motion is **DENIED**.

In an attempt to clarify the authentication issue regarding the exhibits to be used at trial, it is **FURTHER ORDERED** that:

- As set forth in the Trial Scheduling Order of March 1, 2018 (Doc. No. 1131, Civ. A. No. 06-1797; Doc. No. 93, Civ. A. No. 17-555), the parties should have already exchanged copies of exhibits expected to be offered at trial.

- On or before **August 24, 2018**, all counsel shall meet and confer regarding each exhibit produced pursuant to my March 1, 2018 Order, and attempt to resolve all authentication issues.

- On or before **August 31, 2018**, the parties shall submit a joint letter enumerating (a) all exhibits to which the parties could not reach an agreement as to authentication and (b) the reason the objecting party is not agreeing to authentication.

- Thereafter, and if necessary, the Court will hold a hearing to review authentication issues. Counsel are advised that any vexatious or unreasonable objection to authentication may result in sanctions.

                **BY THE COURT:**

                /s/ Paul S. Diamond for

                _____
                **MITCHELL S. GOLDBERG, J.**