IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., *et al.*, <br>    *Plaintiffs*, <br><br> v. <br><br> CEPHALON, INC., *et al.*, <br>    *Defendants*. | No. 2:06-cv-1797 |
| UNITED HEALTHCARE SERVICES, INC. <br>    *Plaintiff*, <br><br> v. <br><br> CEPHALON, INC., *et al.*, <br>    *Defendants*. | No. 2:17-cv-555 |

**NOTICE OF FILING UNDER SEAL**

In accordance with the Stipulated Protective Order entered by the Court in the above captioned litigation on September 11, 2009, the King Drug Plaintiffs and United Healthcare Services, Inc. hereby serve notice of filing under seal of their Pretrial Memorandum and appendices thereto. A copy of the Pretrial Memorandum and accompanying documents are being served today upon counsel for all parties via electronic mail, and a paper copy will be filed with the Court under seal on Thursday, August 23, 2018.

Dated: August 23, 2018

Respectfully submitted,

/s/ Daniel C. Simons

| | |
|---|---|
| GARWIN GERSTEIN & FISHER LLP<br>Bruce E. Gerstein<br>Joseph Opper<br>Kimberly Hennings<br>Wall Street Plaza<br>88 Pine Street, 10th Floor<br>New York, NY 10005<br>Tel: (212) 398-0055<br>Fax: (212) 764-6620 | BERGER MONTAGUE PC<br>David F. Sorensen<br>Daniel C. Simons<br>Nicholas Urban<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Tel: (215) 875-3000<br>Fax: (215) 875-4604 |
| HEIM PAYNE & CHORUSH, LLP<br>Russell Chorush<br>Chase Tower<br>1111 Bagby, Suite 2100<br>Houston, TX 77002<br>Tel: (713) 221-2004<br>Fax: (713) 221-2021 | ODOM & DES ROCHES, LLP<br>Stuart E. Des Roches<br>650 Poydras Street, Suite 2020<br>New Orleans, LA 70130<br>Tel: (504) 522-0077<br>Fax: (504) 522-0078 |
| SMITH SEGURA & RAPHAEL, LLP<br>Susan C. Segura<br>3600 Jackson Street, Suite 111<br>Alexandria, LA 71303<br>Tel: (318) 445-4480<br>Fax: (318) 487-1741 | FARUQI & FARUQI LLP<br>Peter Kohn<br>101 Greenwood Avenue, Suite 600<br>Jenkintown, PA 19046<br>Tel: (215) 277-5770<br>Fax: (215) 277-5771 |

*Counsel for King Drug Co. of Florence, Inc., Rochester Drug Co-Operative, Inc., Burlington Drug Co., Inc., J.M. Smith Corp. d/b/a Smith Drug Co., Meijer, Inc., Meijer Distribution, Inc., Stephen L. LaFrance Holding, Inc. Stephen L. LaFrance Pharmacy, Inc. d/b/a SAJ Distributors, Miami-Luken, Inc., McKesson Corporation, AmerisourceBergen Corp., AmerisourceBergen Drug Corp., Bellco Drug Co., H.D. Smith Wholesale Drug Company, Valley Wholesale Drug Co., LLC, Cardinal Health, Inc., Harvard Drug Group, L.L.C., FWK Holdings, LLC, Publix Super Markets, Inc., The North Carolina Mutual Wholesale Drug Company, and Value Drug Company*

| | |
|---|---|
| NASTLAW LLC<br>Dianne Nast<br>Erin Burns<br>1101 Market Street, Suite 2801<br>Philadelphia, PA 19107 | ROBERTS LAW FIRM, PA<br>Mike L. Roberts<br>20 Rahling Circle<br>Little Rock, AR 72223 |

*Counsel for Stephen L. LaFrance Holding, Inc. and Stephen L. LaFrance Pharmacy, Inc. d/b/a SAJ Distributors*

VANEK VICKERS &MASINI, P.C.
Joseph M. Vanek
David Germaine
55 W. Monroe Street – Suite 3500
Chicago, IL 60603
Tel: (312) 224-1500
Fax: (312) 224-1510

*Counsel for Publix Super Markets, Inc., FWK Holdings, LLC, Meijer, Inc. and Meijer Distribution, Inc.*

| | |
|---|---|
| /s/ Judith A. Zahid<br>ZELLE LLP<br>Judith A. Zahid<br>Jonathan M. Watkins<br>Eric W. Buetzow<br>44 Montgomery Street – Suite 3400<br>San Francisco, CA 94104<br>Tel: (415) 693-0700 | BOIES, SCHILLER & FLEXNER LLP<br>Hamish P. M. Hume<br>William C. Jackson Abby L. Dennis<br>Kyle Smith<br>1401 New York Avenue, NW<br>Washington, DC 20005<br>Tel: (202) 237-2727 |
| ZELLE LLP<br>James R. Martin<br>Jennifer Duncan Hackett<br>1775 Pennsylvania Avenue, NW – Suite 375<br>Washington, DC 20006<br>Tel: (202) 899-4101 | ZELLE LLP<br>Jonathan R. MacBride<br>401 Plymouth Road, Suite 120<br>Plymouth Meeting, PA 19462<br>Tel: (484) 532-5330 |

*Counsel for United Healthcare Services, Inc.*

## **CERTIFICATE OF SERVICE**

      I, Daniel C. Simons, hereby certify that on this 23rd day of August 2018, the foregoing document and associated papers were filed on the Court's CM/ECF system in the above-captioned actions.

/s/ Daniel C. Simons