**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KING DRUG COMPANY OF FLORENCE, INC.**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**CEPHALON, INC.**, *et al.*,<br><br>Defendants. | **Master Docket No.**<br><br>**2:06-cv-01797-MSG**<br><br><br>**Judge Mitchell S. Goldberg** |

[~~PROPOSED~~] ORDER

AND NOW, this 4th day of December 2018, the Stipulation of Dismissal with Prejudice filed by Plaintiffs King Drug Co. of Florence, Inc., Rochester Drug Co-Operative, Inc., Burlington Drug Co., Inc., J.M. Smith Corp. d/b/a Smith Drug Co., Meijer, Inc., Meijer Distribution, Inc., Stephen L. LaFrance Pharmacy d/b/a SAJ Distributors, Inc., and Stephen L. LaFrance Holdings, Inc., Miami-Luken, Inc., McKesson Corporation, AmerisourceBergen Corp., AmerisourceBergen Drug Corp., Bellco Drug Co., H.D. Smith, LLC, Valley Wholesale Drug Co., LLC, Cardinal Health, Inc., Harvard Drug Group, L.L.C., FWK Holdings, LLC, Publix Super Markets, Inc., The North Carolina Mutual Wholesale Drug Company, and Value Drug Company and Defendants Sun Pharmaceutical Industries, Ltd., Ranbaxy Laboratories, Ltd., and Ranbaxy Pharmaceuticals, Inc. is **SO ORDERED.**

BY THE COURT:

_____
The Honorable Mitchell S. Goldberg
United States District Judge